DAVID B. EZRA, ESQ. (SBN 149779)
[dezra@bergerkahn.com]
CHRISTY HAN, ESQ. (SBN 244476)
[chan@bergerkahn.com]
BERGER KAHN
A Law Corporation
Mail Service:
  Post Office Box 19694
  Irvine, CA  92623-9694
Location:
  2 Park Plaza, Suite 650
  Irvine, California 92614-8516
Tel:  (949) 474-1880 • Fax:  (949) 474-7265

JS-6

Attorneys for Plaintiff PACIFIC INSURANCE COMPANY, LTD.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC INSURANCE COMPANY, LTD., a Connecticut corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>RLI INSURANCE COMPANY, an unknown business association, and DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO. SACV 09-00037-JVS (ANx)<br><br>**JUDGMENT**<br><br>**DATE:** October 9, 2009 |

On October 9, 2009, Plaintiff Pacific Insurance Company, Ltd.'s motion for summary judgment came on for hearing in the above entitled court, the Hon. James V. Selna, District Judge, presiding. David Ezra, Esq. of Berger Kahn appeared on behalf of Plaintiff Pacific Insurance Company, Ltd. Jon Brick, Esq. of Greco Traficante Schulz & Brick appeared on behalf of Defendant RLI Insurance Company.

This matter having been argued and submitted to the Court, and after full consideration of the evidence, all papers submitted by both parties, the agreed stipulated facts, and the court record, the Court granted Plaintiff Pacific Insurance Company's summary judgment motion. The Court now ORDERS, ADJUDGES AND DECREES that:

1. Plaintiff Pacific Insurance Company, Ltd. is entitled to judgment from and against Defendant RLI Insurance Company as follows:

   a. Plaintiff Pacific Insurance Company, Ltd. is entitled to reimbursement in the amount of 100% of the $256,435.01 it paid on behalf of RII Plastering to settle the *Cantrice Court Litigation*; plus

   b. Plaintiff Pacific Insurance Company, Ltd. is entitled to pre-judgment interest at 10% per annum from February 15, 2008 (the date the settlement was fully funded) to the date of this signed Judgment (which results in a $42,294.21 in pre-judgment interest award)

2. The total compensatory award in favor of Pacific Insurance Company, Ltd. is $298,729.22. Costs will be added to that amount.

DATED: October 22, 2009

_____
JUDGE OF THE DISTRICT COURT

I/FS/RLI/70024/PLDG/MSJ/PROPOSED ORDER